MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:  (510) 486-0800
Facsimile:   (510) 486-0801

Attorneys for Defendant
JESSE AGUILAR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE AGUILAR, ET AL.,<br><br>Defendant. | Case Nos. CR 11-0355 EJD (HRL)<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE** |

    Defendant JESSE AGUILAR, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Stephen Meyer, hereby stipulate and agree to continue the detention hearing in the above matter from May 4, 2015 at 1:30 p.m. to May 11, 2015 at 1:30 p.m.

    Good cause exists for this request in that additional time is needed to complete the process of providing necessary information to pretrial services for its report preparation process.

    The assigned United States Pretrial Services Officer Kim Do has no objection to this request.

1  IT IS SO STIPULATED.

2  Dated:   4/30/15                              /s/ Stephen Meyer

3  _____

4  STEPHEN MEYER
   Assistant United States Attorney

5  Dated:   4/30/15                              /s/Michael Hinckley

6  _____

7  MICHAEL HINCKLEY
   Attorney for Defendant

8

9  **ORDER**

10  GOOD CAUSE APPEARING, upon stipulation of the parties, the date for the detention hearing in this matter is continued from May 4, 2015, to May 11, 2015, at 1:30 p.m.

12  IT IS SO ORDERED.

14  Dated:   4/30/15

                                                 _____
                                                 Hon. Howard R. Lloyd
                                                 United States Magistrate Judge

U.S. V. JESSE AGUILAR, CR 11-0335 EJD (HRL)  Stip/PO to Continue